IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:25-cr-00357-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| AARON CHARLES-LEE HICKS | ) | |

**PRELIMINARY ORDER OF FORFEITURE AS TO
AARON CHARLES-LEE HICKS**

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Aaron Charles-Lee Hicks ("Hicks", "Defendant"), based upon the following:

1.    On February 25, 2025, an Information was filed charging Hicks with:

Counts 1, 4:    Conspiracy to Commit Bribery with Respect to Programs Receiving Federal Funds and Honest Services Wire Fraud, in violation of Title 18 U.S.C. § 371;

Count 2:    Bribery with Respect to Programs Receiving Federal Funds, in violation of Title 18 U.S.C. § 666; and

Count 3:    Honest Services Wire Fraud, in violation of Title 18 U.S.C. §§ 1343, 1346 and 2.

2.    Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a notice of forfeiture providing that upon Hicks' conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States.  As specified therein, such assets include, but are not limited to the following:

A.    Cash Proceeds/Forfeiture Judgment:[1]

_____

[1] The government is pursuing a forfeiture judgment in the amount of $30,000.00, which reflects the loss amount against the Defendant.

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Information, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of 18 U.S.C. §§ 371, 666 and 1343.

3. On February 28, 2025, Hicks pled guilty to all four counts of the Information as charged and referenced above.

4. Based upon Defendant's conviction and filed plea agreement, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), and 28 U.S.C. § 2461(c).

5. The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offenses for which Hicks has been convicted; therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1. FORFEITURE IS ORDERED against Aaron Charles-Lee Hicks and in favor of the United States for $30,000.00 in United States Currency. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property to satisfy the forfeiture judgment.

2. The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

3. Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or

other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

4.      The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

5.      Upon entry of the criminal judgment, this Order becomes final as to Defendant and shall be made a part of the sentence and included in the criminal judgment.

6.      The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7.      The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

s/ Richard Mark Gergel
RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

April 10, 2026
Charleston, South Carolina